**Anthony RIZZUTI, Plaintiff–Appellant**

v.

**Linda SANDERS, Warden; Shantelle Miller, Nurse; Amy Jo Larsen, Director of Education; Lisa Landrigan, Re-entry Affairs Coordinator; Paul M. Laird, FBOP Regional Director; Harrell Watts, FBOP Administrator, Defendants–Appellees.**

No. 15–1442.

United States Court of Appeals, Eighth Circuit.

Submitted: July 24, 2015.

Filed: July 29, 2015.

Anthony R. Rizzuti, Springfield, MO, pro se.

Jeffrey P. Ray, Asst. U.S. Atty., Kansas City, MO (Tammy Dickinson, U.S. Atty., on the brief), for appellees.

Before WOLLMAN, SMITH, and BENTON, Circuit Judges.

PER CURIAM.

Federal inmate Anthony Rizzuti appeals the district court's[1] Federal Rule of Civil Procedure 12(b)(6) dismissal of his pro se civil complaint. Upon careful de novo review, we conclude that the court properly dismissed the complaint for the reasons explained by the court in its order, *see Plymouth Cnty., Iowa v. Merscorp, Inc.,* 774 F.3d 1155, 1158–59 (8th Cir.2014) (standard of review), and that Rizzuti's arguments on appeal do not support reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable M. Douglas Harpool, United States District Judge for the Western District of Missouri.